UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Public Trust Corporation, on behalf of THE UNIVERSITY OF CALIFORNIA, DAVIS MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>THE CHEFS' WAREHOUSE, INC. EMPLOYEE BENEFIT PLAN; THE CHEFS' WAREHOUSE, INC., a Delaware corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00676-KJM-CKD<br><br>**ORDER RE: BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: April 10, 2023 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

24182348.1
242004-10001

ORDER RE: BRIEFING SCHEDULE

On June 13, 2023, Plaintiff The Regents of the University of California (on behalf of the University of California, Davis Medical Center) (the "Hospital") and Defendants The Chefs' Warehouse, Inc. Employee Benefit Plan (the "Plan") and The Chefs' Warehouse, Inc. ("TCW") filed the "Stipulation Re: Briefing Schedule for Defendants' Motion to Dismiss Plaintiff's Complaint" (the "Stipulation").  Dkt. No. 5.

The Court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and orders as follows:

1. The Plan and TCW shall file their motion to dismiss (the "Motion") by June 15, 2023, and set the hearing for August 11, 2023.

2. The Hospital shall file its opposition to the Motion by July 13, 2023; and

3. The Plan and TCW shall file their reply in support of the Motion by July 27, 2023.

IT IS SO ORDERED.

DATED:  June 16, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE