

# United States District Court
# Eastern District of California

| | |
|---|---|
| The Regents of the University of California, et al., | |
| Plaintiff(s) | Case Number: 2:23-cv-00676-KJM-CKD |
| V. | |
| The Chefs' Warehouse, Inc. Employee Benefit Plan, et al., | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kristopher R. Alderman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: The Chefs' Warehouse, Inc. Employee Benefit Plan and The Chefs' Warehouse, Inc.

On May 12, 2005 (date), I was admitted to practice and presently in good standing in the Supreme Court of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: June 16, 2023        Signature of Applicant: /s/ Kristopher R. Alderman
                                                   Kristopher R. Alderman

**Pro Hac Vice Attorney**

Applicant's Name: Kristopher R. Alderman

Law Firm Name: The Summerville Firm, LLC

Address: 1226 Ponce de Leon Avenue

City: Atlanta   State: GA   Zip: 30306

Phone Number w/Area Code: (770) 635-0030

City and State of Residence: Marietta, Georgia

Primary E-mail Address: kris@summervillefirm.com

Secondary E-mail Address: melissa@summervillefirm.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Donald A. Miller

Law Firm Name: Loeb & Loeb LLP

Address: 10100 Santa Monica Blvd., Suite 2200

City: Los Angeles   State: CA   Zip: 90067

Phone Number w/Area Code: (310) 282-2000   Bar # 288753

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 27, 2023

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE



# Supreme Court
# State of Georgia

NATHAN DEAL JUDICIAL CENTER

Atlanta 30334

June 15, 2023

I hereby certify that Kristopher R. Alderman, Esq., was admitted on the 12th day of May, 2015, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk