

United States District Court
Eastern District of California

| The Regents of the University of California, et al., | | |
|---|---|---|
| Plaintiff(s) | Case Number: | 2:23-cv-00676-KJM-CKD |
| V. | | |
| The Chefs' Warehouse, Inc. Employee Benefit Plan, et al., | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER | |
| Defendant(s) | | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Patrick M. Emery hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

The Chefs' Warehouse, Inc. Employee Benefit Plan and The Chefs' Warehouse, Inc.

On 12/02/2019 (date), I was admitted to practice and presently in good standing in the U.S. District Court - Northern District of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: July 11, 2023            Signature of Applicant: /s/ _Patrick M. Emery_

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Patrick M. Emery |
| Law Firm Name: | Lavender Hoffman, LLC |
| Address: | 945 East Paces Ferry Road N.E. |
| | Suite 2000 |
| City: | Atlanta    State: GA    Zip: 30326 |
| Phone Number w/Area Code: | (404) 400-4500 |
| City and State of Residence: | Johns Creek, GA |
| Primary E-mail Address: | patrick.emery@lhalawyers.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Donald A. Miller |
| Law Firm Name: | Loeb & Loeb LLP |
| Address: | 10100 Santa Monica Blvd., Suite 2200 |
| City: | Los Angeles    State: CA    Zip: 90067 |
| Phone Number w/Area Code: | (310) 282-2000    Bar # 288753 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 18, 2023

*[signature]*
CHIEF UNITED STATES DISTRICT JUDGE



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**     }
                                 } ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **PATRICK M. EMERY, State Bar No. 821303,** was duly admitted to practice in said Court on 12/02/2019 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 27th day of June, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: _Rebecca Bachelor_ (signature)
Rebecca V. Bachelor
Deputy Clerk

