# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | **JUDGMENT IN A CIVIL CASE** |
| **UC DAVIS MEDICAL CENTER,** |  |
| v. | CASE NO: **2:23−CV−00676−KJM−CKD** |
| **THE CHEFS WAREHOUSE, INC. EMPLOYEE BENEFIT PLAN, ET AL.,** |  |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 08/26/2024**

                              **Keith Holland**
                              Clerk of Court

ENTERED:  **August 26, 2024**

                      by: /s/ K. Lopez
                             Deputy Clerk